IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) ASHVINKUMAR PATEL,<br>2) KAMUBEN PATEL,<br><br>    Plaintiffs,<br><br>v.<br><br>1) ARVINDBHAI C. PATEL,<br>2) NAYANABEN PATEL,<br>3) SAI, LLC,<br>4) ANK, LLC<br>5) RAJENDRA K. PATEL<br>6) MINA PATEL<br>7) DURANT HOSPITALITY, INC.<br>8) PREMIER HOSPITALITY MANAGEMENT, INC.<br><br>    Defendants. | Case No. 16-CV-415-SPS |

## LIMITED DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs, Ashvinkumar Patel and Kamuben Patel ("Plaintiffs") hereby submit their Limited Dismissal Without Prejudice. The Plaintiffs hereby dismiss, without prejudice, all claims for relief against the following Defendants:

1. Rajendra K. Patel
2. Mina Patel
3. Durant Hospitality, Inc.
4. Premier Hospitality Management, Inc.

Further, Plaintiffs dismiss, without prejudice, the following claims for relief against all remaining Defendants:

1

1. First Claim for Relief under RICO Section 1962(c)
2. Second Claim for Relief under RICO Section 1962(b)
3. Third Claim for Relief under RICO Section 1962(d)

Plaintiffs reaffirm and restate all remaining claims for relief against all remaining Defendants.

Respectfully submitted,

/s/ Jon McLanahan
Jon McLanahan, OBA No. 12777
McLANAHAN LAW FIRM, PLLC
P.O. Box 31925
Edmond, Oklahoma 73003
Telephone: (405) 217-0064
Facsimile: (405) 341-7006
ATTORNEYS FOR PLAINTIFF

CERTIFICATE OF SERVICE

I, Jon McLanahan, hereby certify that on the 14th day of December, 2016, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the following persons will receive a Notice of Electronic Filing directly from the Clerk of Court:

David Burrage      davidburrage@burragelaw.com, cmccoy@burragelaw.com
Heather Burrage    hburrage@burragelaw.com
Thomas M. Wright  tom@wswlaw.com, lacie@wswlaw.com

/s/ Jon McLanahan