## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **ASHVINKUMAR PATEL,**<br>**KAMUBEN PATEL,**<br><br>             **Plaintiffs,**<br><br>**-vs-**<br><br>**ARVINDBHAI C. PATEL,**<br>**NAYANABEN PATEL,**<br>**SAI, LLC**<br>**ANK, LLC**<br>**RAJENDRA K. PATEL,**<br>**MINA PATEL,**<br>**DURANT HOSPITALITY, INC.,**<br>**PREMIER HOSPITALITY**<br>**MANAGEMENT, INC.,**<br><br>             **Defendants.** | **Case No. 16-CV-415-SPS** |

## JOINT STIPULATION OF
## DISMISSAL WITH PREJUDICE

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Dated: March 27, 2019

/s/ Jon McLanahan
Jon McLanahan, OBA#12777
McLANAHAN LAW FIRM, PLLC
P.O. Box 31925
Edmond, OK 73003
T: (405) 217-0064
F: (405) 341-7006
jmclanahan@cox.net
ATTORNEY FOR PLAINTIFFS

Dated: March 27, 2019                      /s/ Heather Burrage
                                           Heather Burrage, OBA #19423
                                           David A. Burrage OBA#19422
                                           BURRAGE LAW FIRM
                                           1201 Westside Dr.
                                           P.O. Box 1727
                                           Durant, OK 74702-1727
                                           Telephone: 580-920-0700
                                           Facsimile: 580-920-070
                                           hburrage@burragelaw.com
                                           davidburrage@burragelaw.com
                                           ATTORNEYS     FOR    DEFENDANTS
                                           RAJENDRA  K.  PATEL,  MINA  PATEL,
                                           DURANT   HOSPITALITY,   INC.,   AND
                                           PREMIER            HOSPITALITY
                                           MANAGEMENT, INC.,


Dated: March 27, 2019                      / s / Thomas Wright
                                           Thomas M. Wright, OBA #20378
                                           WRIGHT, STOUT & WILBURN, PLLC
                                           300 West Broadway
                                           P.O. Box 707
                                           Muskogee, Oklahoma 74402
                                           (918) 682-0091
                                           (918) 683-6340
                                           tom@wswlaw.com
                                           ATTORNEYS     FOR    DEFENDANTS
                                           ARVINDBHAI  C.  PATEL,  NAYANABEN
                                           PATEL AND ANK, LLC